# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH HEINZL, individually and on behalf of all others similarly situated, | Case No. 16-cv-960-RCM-MRH |
| Plaintiff, | Filed Electronically |
| v. | |
| WALGREEN CO., | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff, Sarah Heinzl, and Defendant, Walgreen Co., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and,

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

IT IS SO STIPULATED.

DATED:  November 18, 2016.

| | |
|---|---|
| */s/ Benjamin J. Sweet* | */s/ Christopher K. Ramsey* |
| Benjamin J. Sweet | Christopher K. Ramsey |
| Edwin J. Kilpela | MORGAN LEWIS & BOCKIUS |
| Stephanie K. Goldin | 301 Grant Street |
| CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP | One Oxford Centre, Suite 3200 |
| | Pittsburgh, PA 15219-6401 |
| 1133 Penn Avenue, 5th Floor | (412) 560-3300 |
| Pittsburgh, PA 15222 | |
| (412) 322-9243 | Attorney for Defendant |
| (412) 231-0246 (Facsimile) | |
| | |
| Attorneys for Plaintiff | |